UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X
CASTLETON DELI AND GROCERY
CORP., and AHMED ALHRAZI,

    Plaintiffs,

  -against-

UNITED STATES OF AMERICA,

    Defendant.
-------------------------------------------------------X

REPORT AND
RECOMMENDATION
20 CV 2991 (CBA)(RML)

LEVY, United States Magistrate Judge:

  On May 24, 2021, defendant United States of America moved to dismiss this case for lack of prosecution.  (See Motion to Dismiss for Lack of Prosecution, dated May 24, 2021, Dkt. No. 21.)  By order dated May 27, 2021, the Honorable Carol Bagley Amon, United States District Judge, referred the motion to me.  (See Order, dated May 27, 2021.)  For the reasons stated below, I respectfully recommend that the motion be granted.

  Plaintiff Castleton Deli & Grocery Corporation ("Castleton Deli") and Ahmed Alhrazi ("plaintiffs") commenced this action on July 6, 2020, pursuant to 7 U.S.C. § 2023 and 7 C.F.R. § 279.7, seeking judicial review of the United States Department of Agriculture, Food and Nutrition Service's decision to disqualify them from participating as vendors in the Supplemental Nutrition Assistance Program.  (See Complaint, dated July 6, 2020, Dkt. No. 1.)  On January 14, 2021, plaintiffs' attorney moved to withdraw as counsel, citing plaintiffs' apparent abandonment of this action.  (See Motion to Withdraw, dated Jan. 14, 2021, Dkt. No. 19.)  On January 19, 2021, after a hearing, I granted the motion to withdraw and advised plaintiff Castleton Deli that, because a corporation cannot represent itself in federal litigation, I would recommend that Castleton Deli's claims be dismissed for failure to prosecute if no attorney filed a notice of

appearance on its behalf by March 19, 2021. (See Order, dated Jan. 19, 2021.) On March 22, 2021, I held a status conference, at which neither plaintiff appeared, despite having been warned that failure to appear without leave of court would result in a recommendation that this case be dismissed for failure to prosecute. (See Minute Entry, dated March 22, 2021.)

To date, plaintiff Alhrazi has submitted no explanation for his absence at the conference or made any effort to pursue his claims. Additionally, Castleton Deli has not retained new counsel. Accordingly, I respectfully recommend that this case be dismissed for lack of prosecution.

Any objection to this Report and Recommendation must be filed electronically within fourteen (14) days. Failure to file objections within the specified time waives the right to appeal the district court's order. See 28 U.S.C. § 636(b)(1); FED. R. CIV. P. 72, 6(a), 6(d).

Respectfully submitted,

/s/
ROBERT M. LEVY
United States Magistrate Judge

Dated: Brooklyn, New York
July 9, 2021

2